**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22355-DSO |
| | § | |
| ROBERT L FISHER | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/07/2012. The undersigned trustee was appointed on 08/07/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $44,742.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $16,186.16 |
    | Bank service fees | $597.89 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $3,250.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $24,707.95 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/03/2013 and the deadline for filing government claims was 07/03/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,899.20. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,899.20, for a total compensation of $4,899.20[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $85.50, for total expenses of $85.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/25/2014       By:   /s/ Daniel C. Himmelspach
                             Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 12-22355-DSO | **Trustee Name:** | Daniel C. Himmelspach |
| **Case Name:** FISHER, ROBERT L | **Date Filed (f) or Converted (c):** | 08/07/2012 (f) |
| **For the Period Ending:** 3/25/2014 | **§341(a) Meeting Date:** | 08/29/2012 |
| | **Claims Bar Date:** | 07/03/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  23516 Filmore Taylor, MI 48180 | $40,000.00 | $0.00 | | $0.00 | FA |
| 2  222 Skyline Drive, Roscommon and home situated on land | $40,000.00 | $2,000.00 | | $2,000.00 | FA |
| 3  Cash on Hand | $100.00 | $100.00 | | $0.00 | FA |
| 4  Cash in Bank TCF Bank Checking | $750.00 | $750.00 | | $0.00 | FA |
| 5  Household Goods and Furnishings | $6,000.00 | $3,000.00 | | $0.00 | FA |
| 6  Clothes | $1,000.00 | $0.00 | | $0.00 | FA |
| 7  Jewelry | $1,000.00 | $0.00 | | $0.00 | FA |
| 8  Life Insurance Policy through Western & Southern - NO CASH VALUE | $1.00 | $0.00 | | $0.00 | FA |
| 9  Pension through Fisher Roofing | $1.00 | $0.00 | | $0.00 | FA |
| 10  17% share of Fisher Roofing | $0.00 | $0.00 | | $0.00 | FA |
| 11  1986 Cadillac Coupe de Ville - not running, needs new gasline, further repairs | $1,500.00 | $400.00 | | $400.00 | FA |
| 12  1976 Chevrolet Corvette Station Wagon- vehicle will start, but not driveable, needs new brakelines | $15,000.00 | $15,333.00 | | $15,325.00 | FA |
| 13  1976 Cadillac El Dorado - Needs new paint | $5,000.00 | $5,000.00 | | $10,025.00 | FA |
| 14  2003 Cadillac CTS | $13,000.00 | $12,625.00 | | $12,625.00 | FA |
| 15  1969 Honda motorcycle | $600.00 | $926.00 | | $926.00 | FA |
| 16  Unemployment Funds    (u) | $0.00 | $1,241.00 | | $1,241.00 | FA |
| 17  Settlement regarding Ullico    (u) | $0.00 | $2,200.00 | | $2,200.00 | FA |
| 18  2002 Dodge Ram    (u) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 19  2002 Dodge Ram    (u) | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 20  2002 Dodge Ram    (u) | $2,000.00 | $2,000.00 | | $0.00 | FA |
| 21  1996 Chevrolet Tahoe    (u) | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 22  2000 Ford Super Duty    (u) | $1,000.00 | $1,000.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**   **Gross Value of Remaining Assets**

$131,952.00    $51,575.00    $44,742.00    $0.00

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2014 | /s/ DANIEL C. HIMMELSPACH |
| **Current Projected Date Of Final Report (TFR):** 12/31/2014 | DANIEL C. HIMMELSPACH |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-22355-DSO | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|
| Case Name: | FISHER, ROBERT L | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1488 | | Checking Acct #: | ******0779 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/7/2012 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/25/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/21/2012 | (16) | Smith, Martin, Powers & Knier, PC | Payment for Unemployment Funds | 1229-000 | $620.80 | | $620.80 |
| 11/30/2012 | (16) | ROBERT FISHER | UNEMPLOYMENT COMPENSATION PAYMENT | 1129-000 | $620.00 | | $1,240.80 |
| 12/07/2012 | (16) | ROBERT FISHER | UNEMPLOYMENT COMPENSATION PAYMENT (Adjustment to correct the deposit of $620.00) | 1129-000 | $0.20 | | $1,241.00 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.93 | $1,239.07 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.00 | $1,237.07 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.80 | $1,235.27 |
| 03/27/2013 | | Smith, Martin, Powers & Knier, PC | Gross Proceeds of the auction | * | $39,309.00 | | $40,544.27 |
| | {14} | | Gross Proceeds of the auction $12,625.00 | 1110-000 | | | $40,544.27 |
| | {15} | | Gross Proceeds of the auction $926.00 | 1129-000 | | | $40,544.27 |
| | {11} | | Gross Proceeds of the auction $400.00 | 1129-000 | | | $40,544.27 |
| | {13} | | Gross Proceeds of the auction $10,025.00 | 1129-000 | | | $40,544.27 |
| | {12} | | Gross Proceeds of the auction $15,325.00 | 1129-000 | | | $40,544.27 |
| | {14} | | Correction was made on 4/8/13 for the entry error of $8.00. $8.00 | 1129-000 | | | $40,544.27 |
| 04/05/2013 | 5001 | ROBERT FISHER | Debtors Exemption p/o 1/24/13 | 8100-002 | | $3,250.00 | $37,294.27 |
| 04/08/2013 | (14) | Smith, Martin, Powers & Knier, PC | Deposit was made for $39309.00 when the correct amount was suppose to be for $39301.00 | 1129-000 | ($8.00) | | $37,286.27 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.18 | $37,276.09 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $59.60 | $37,216.49 |
| 05/07/2013 | 5002 | Repocast.com | Auctioneer Fees and Expenses p/o 5/6/13 | * | | $4,850.10 | $32,366.39 |
| | | | p/o 5/6/13 $(3,930.10) | 3610-000 | | | $32,366.39 |
| | | | p/o 5/6/13 $(920.00) | 3620-000 | | | $32,366.39 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.26 | $32,310.13 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $50.45 | $32,259.68 |
| 07/23/2013 | (17) | Facca, Richter & Pregler, PC | Settlement regarding Ullico | 1229-000 | $2,200.00 | | $34,459.68 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $52.84 | $34,406.84 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $55.52 | $34,351.32 |
| 09/09/2013 | (2) | Robert Fisher | Settlement Regarding Real Property | 1110-000 | $1,000.00 | | $35,351.32 |
| 09/23/2013 | (2) | Robert Fisher | Payment regarding Lot 79 and 80 | 1110-000 | $1,000.00 | | $36,351.32 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $54.81 | $36,296.51 |
| | | | | SUBTOTALS | $44,742.00 | $8,445.49 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2
Exhibit B

| Case No. | 12-22355-DSO | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|
| Case Name: | FISHER, ROBERT L | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1488 | | Checking Acct #: | ******0779 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/7/2012 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/25/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.57 | $36,237.94 |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $56.59 | $36,181.35 |
| 12/11/2013 | 5003 | Insurance Partners Agency, Inc. | 2014 Blanket Bond | 2300-000 | | $43.10 | $36,138.25 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $58.35 | $36,079.90 |
| 01/02/2014 | 5004 | Smith, Martin, Powers & Knier, PC | Attorney for Trustee Fees and Expenses p/o 12/17/13 | * | | $11,292.96 | $24,786.94 |
| | | | Attorney for Trustee Fees p/o 12/17/13     $(11,056.50) | 3210-000 | | | $24,786.94 |
| | | | Attorney for Trustee Expenses p/o 12/17/13     $(236.46) | 3220-000 | | | $24,786.94 |
| 01/31/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $42.93 | $24,744.01 |
| 02/28/2014 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $36.06 | $24,707.95 |
| | | | TOTALS: | | $44,742.00 | $20,034.05 | $24,707.95 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $44,742.00 | $20,034.05 | |
| | | | Less: Payments to debtors | | $0.00 | $3,250.00 | |
| | | | Net | | $44,742.00 | $16,784.05 | |

| For the period of 8/7/2012 to 3/25/2014 | | For the entire history of the account between 11/21/2012 to 3/25/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $44,742.00 | Total Compensable Receipts: | $44,742.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,742.00 | Total Comp/Non Comp Receipts: | $44,742.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $16,784.05 | Total Compensable Disbursements: | $16,784.05 |
| Total Non-Compensable Disbursements: | $3,250.00 | Total Non-Compensable Disbursements: | $3,250.00 |
| Total Comp/Non Comp Disbursements: | $20,034.05 | Total Comp/Non Comp Disbursements: | $20,034.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-22355-DSO | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|
| Case Name: | FISHER, ROBERT L | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***1488 | | Checking Acct #: | ******0779 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/7/2012 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 3/25/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $44,742.00 | $20,034.05 | $24,707.95 |

**For the period of 8/7/2012 to 3/25/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $44,742.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,742.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,784.05 |
| Total Non-Compensable Disbursements: | $3,250.00 |
| Total Comp/Non Comp Disbursements: | $20,034.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/07/2012 to 3/25/2014**

| | |
|---|---:|
| Total Compensable Receipts: | $44,742.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $44,742.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $16,784.05 |
| Total Non-Compensable Disbursements: | $3,250.00 |
| Total Comp/Non Comp Disbursements: | $20,034.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DANIEL C. HIMMELSPACH

DANIEL C. HIMMELSPACH

| Case No. | 12-22355-DSO | | | | | | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FISHER, ROBERT L | | | | | | | Date: | 3/25/2014 |
| Claims Bar Date: | 07/03/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | REPOCAST.COM  601 Gordon Industrial Court  Byron Center MI 49315 | Auctioneer for Trustee Fees (including buyers premiums) | Allowed | 3610-000 | $3,930.10 | $3,930.10 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Allowed p/o 5/6/13 | | | | | | | | |
| | REPOCAST.COM  601 Gordon Industrial Court  Byron Center MI 49315 | Auctioneer for Trustee Expenses | Allowed | 3620-000 | $920.00 | $920.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Allowed p/o 5/6/13 | | | | | | | | |
| | SMITH, MARTIN, POWERS & KNIER, PC  900 Washington Ave.  PO Box 219  Bay City MI 48707-0219 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $11,056.50 | $11,056.50 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Attorney for Trustee Fees and Expenses p/o 12/17/13 | | | | | | | | |
| | SMITH, MARTIN, POWERS & KNIER, PC  900 Washington Ave.  PO Box 219  Bay City MI 48707-0219 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $236.46 | $236.46 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Attorney for Trustee Fees and Expenses p/o 12/17/13 | | | | | | | | |
| | DANIEL C. HIMMELSPACH  916 Washington Suite 305  Bay City MI 48708 | Trustee Expenses | Allowed | 2200-000 | $85.50 | $0.00 | $0.00 | $0.00 | $85.50 |
| | DANIEL C. HIMMELSPACH  916 Washington Suite 305  Bay City MI 48708 | Trustee Compensation | Allowed | 2100-000 | $4,899.20 | $0.00 | $0.00 | $0.00 | $4,899.20 |

| Case No.: | 12-22355-DSO | | | | | | | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FISHER, ROBERT L | | | | | | | | Date: | 3/25/2014 |
| Claims Bar Date: | 07/03/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SHEET METAL WORKERS' LOC. 80 FRINGE BENEFIT FUNDS<br>c/o David M. Eisenberg, Esq.<br>400 Galleria Officentre, #444<br>Southfield MI 48034 | Contributions to Employee Benefit Plans | Allowed | 5400-000 | $36,378.19 | $0.00 | $0.00 | $0.00 | $36,378.19 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 1a | SHEET METAL WORKERS' LOC. 80 FRINGE BENEFIT FUNDS<br>c/o David M. Eisenberg, Esq.<br>400 Galleria Officentre, #444<br>Southfield MI 48034 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $13,908.67 | $0.00 | $0.00 | $0.00 | $13,908.67 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 2 | WIMSATT BUILDING MATERIALS<br>36340 Van Born<br>Wayne MI 48184 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $334,690.88 | $0.00 | $0.00 | $0.00 | $334,690.88 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 3 | FIRSTMERIT BANK, FKA CITIZENS BANK<br>101 N Washington<br>Saginaw MI 48607 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $89,272.15 | $0.00 | $0.00 | $0.00 | $89,272.15 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 4 | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | Claims of Governmental Units | Allowed | 5800-000 | $3,597.42 | $0.00 | $0.00 | $0.00 | $3,597.42 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 4a | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,386.14 | $0.00 | $0.00 | $0.00 | $2,386.14 |
| **Claim Notes:** | ALLOWED | | | | | | | | |

| Case No. | 12-22355-DSO | | | | | | | Trustee Name: | Daniel C. Himmelspach |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | FISHER, ROBERT L | | | | | | | Date: | 3/25/2014 |
| Claims Bar Date: | 07/03/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | JPMORGAN CHASE BANK, N.A.<br><br>Attn: Renee' M. Licause<br>P.O. Box 91308<br>9th Floor, OH2-5170<br>Cleveland OH 44101 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $380,370.91 | $0.00 | $0.00 | $0.00 | $380,370.91 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 6 | CAPITAL RECOVERY V, LLC<br><br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $5,477.18 | $0.00 | $0.00 | $0.00 | $5,477.18 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 7 | PNC BANK<br><br>PO BOX 94982<br>CLEVELAND OH 44101 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $6,458.09 | $0.00 | $0.00 | $0.00 | $6,458.09 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 8 | PNC BANK<br><br>PO BOX 94982<br>CLEVELAND OH 44101 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $16,865.98 | $0.00 | $0.00 | $0.00 | $16,865.98 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 9 | GE CAPITAL RETAIL BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,529.08 | $0.00 | $0.00 | $0.00 | $1,529.08 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| 10 | ULLICO CASUALTY COMPANY<br><br>1625 Eye Street NW<br>Washington DC 20006 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $332,969.88 | $0.00 | $0.00 | $0.00 | $332,969.88 |
| **Claim Notes:** | ALLOWED | | | | | | | | |
| | | | | | $1,245,032.33 | $16,143.06 | $0.00 | $0.00 | $1,228,889.27 |

| | |
|---|---|
| Case No. | 12-22355-DSO |
| Case Name: | FISHER, ROBERT L |
| Claims Bar Date: | 07/03/2013 |

Trustee Name: Daniel C. Himmelspach
Date: 3/25/2014

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Other Firm) | $236.46 | $236.46 | $236.46 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $11,056.50 | $11,056.50 | $11,056.50 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Expenses | $920.00 | $920.00 | $920.00 | $0.00 | $0.00 | $0.00 |
| Auctioneer for Trustee Fees (including buyers premiums) | $3,930.10 | $3,930.10 | $3,930.10 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units | $3,597.42 | $3,597.42 | $0.00 | $0.00 | $0.00 | $3,597.42 |
| Contributions to Employee Benefit Plans | $36,378.19 | $36,378.19 | $0.00 | $0.00 | $0.00 | $36,378.19 |
| General Unsecured § 726(a)(2) | $1,183,928.96 | $1,183,928.96 | $0.00 | $0.00 | $0.00 | $1,183,928.96 |
| Trustee Compensation | $4,899.20 | $4,899.20 | $0.00 | $0.00 | $0.00 | $4,899.20 |
| Trustee Expenses | $85.50 | $85.50 | $0.00 | $0.00 | $0.00 | $85.50 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 12-22355-DSO
Case Name: ROBERT L FISHER
Trustee Name: Daniel C. Himmelspach

Balance on hand: $24,707.95

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $24,707.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Daniel C. Himmelspach, Trustee Fees | $4,899.20 | $0.00 | $4,899.20 |
| Daniel C. Himmelspach, Trustee Expenses | $85.50 | $0.00 | $85.50 |

Total to be paid for chapter 7 administrative expenses: $4,984.70
Remaining balance: $19,723.25

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $19,723.25

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $39,975.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Sheet Metal Workers' Loc. 80 Fringe Benefit Funds | $36,378.19 | $0.00 | $19,723.25 |

**UST Form 101-7-TFR (5/1/2011)**

| | | | | |
|---|---|---|---|---|
| 4 | Michigan Department of Treasury | $3,597.42 | $0.00 | $0.00 |

                                  Total to be paid to priority claims:     $19,723.25
                                            Remaining balance:     $0.00

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $1,183,928.96 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Sheet Metal Workers' Loc. 80 Fringe Benefit Funds | $13,908.67 | $0.00 | $0.00 |
| 2 | Wimsatt Building Materials | $334,690.88 | $0.00 | $0.00 |
| 3 | FirstMerit Bank, fka Citizens Bank | $89,272.15 | $0.00 | $0.00 |
| 4a | Michigan Department of Treasury | $2,386.14 | $0.00 | $0.00 |
| 5 | JPMorgan Chase Bank, N.A. | $380,370.91 | $0.00 | $0.00 |
| 6 | Capital Recovery V, LLC | $5,477.18 | $0.00 | $0.00 |
| 7 | PNC BANK | $6,458.09 | $0.00 | $0.00 |
| 8 | PNC BANK | $16,865.98 | $0.00 | $0.00 |
| 9 | GE Capital Retail Bank | $1,529.08 | $0.00 | $0.00 |
| 10 | Ullico Casualty Company | $332,969.88 | $0.00 | $0.00 |

                    Total to be paid to timely general unsecured claims:     $0.00
                                              Remaining balance:     $0.00

     Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows: NONE

                  Total to be paid to tardily filed general unsecured claims:     $0.00
                                              Remaining balance:     $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |